**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ROBERT MENA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>      Plaintiff,<br><br>vs.<br><br>ESTRADA'S GRILL INC; JOSE L. PULIDO; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 8:24-cv-02649-MCS (DFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff ROBERT MENA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1 None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2 summary judgment. Accordingly, this matter may be dismissed without an Order of the
3 Court.

5 DATED: April 25, 2025         **SO. CAL. EQUAL ACCESS GROUP**

8                           By:    */s/   Jason J. Kim*
                                   Jason J. Kim, Esq.
9                                  Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**